

**FILED**

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0433

_____

GRAHAM SCHIFF,

Petitioner,

v.

STATE OF MONTANA,

Respondent.

**FILED**

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Graham Schiff has filed an omnibus motion along with a petition for extraordinary relief. He states that he is not an attorney and that he is not familiar with Montana law. He further states that he lives in Maryland, where he is on probation "and cannot legally leave the state." He requests the appointment of counsel for this constitutional issue, "where a Montana court case is impacting the ability of federal law to comply with the first amendment free speech clause[.]"

Upon review, this Court declines to accept jurisdiction of this original proceeding. Schiff has not identified any case in Montana that he is involved in and from which this Court can grant relief. His petition is largely unintelligible. He asks that we vacate a conviction in an unrelated case involving a different person because he believes that case establishes precedent which is unfavorable to his proceedings in Maryland. We also note that Schiff has recently sought relief via a writ of certiorari in the United States Supreme Court. *See Schiff v. Maryland*, No. 22-5215 (Petition filed Jul. 26, 2022). Therefore,

IT IS ORDERED that Schiff's Motion and Petition for Extraordinary Relief are DISMISSED.

IT IS FURTHER ORDERED that Schiff's request for counsel is DENIED, as moot.

The Clerk is directed to provide a copy to counsel of record and to Graham Schiff personally at his last-known address.

DATED this 23rd day of August, 2022.

_____

_____

_____

_____

_____
Justices